STATE OF NEW JERSEY v. GREGORY SCOTT.

April 7, 1977. Petition for certification denied.

DAVID CAROFF v. LIBERTY LUMBER COMPANY.

April 7, 1977. Petition for certification denied. (See 146 *N. J. Super.* 353)

STATE OF NEW JERSEY v. PHILLIP JOHNSON.

April 7, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. PETER G. KEISSLER.

April 7, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ELLIOT HARMON.

April 7, 1977. Petition for certification denied.

AMOS SMITH v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF BERGEN.

April 7, 1977. Petition for certification denied. (See 146 *N. J. Super.* 45)